UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

|  |  |  |
|---|---|---|
| CATHELEAN DALES, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | **JUDGMENT** No. 5:14-CV-481-FL |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 2, 2014, and for the reasons set forth more specifically therein, this court lacks subject matter jurisdiction over this action and the case is dismissed without prejudice.

**This Judgment Filed and Entered on December 2, 2014, and Copies To:**
Cathelean Dales (via U.S. Mail) 111 Jefferies Cove, Rocky Mount, NC 27804

December 2, 2014         JULIE A. RICHARDS, CLERK
                          /s/ Christa N. Baker
                         (By) Christa N. Baker, Deputy Clerk